UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR 23-101 WES |
| ) | |
| JEFFREY SLINN ) | |
| ) | |

---

## NOTICE OF DEFENDANT'S INTENTION AND PLEAD GUILTY AND MOTION FOR CHANGE OF PLEA HEARING

Now comes Jeffrey Slinn, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to plead guilty to counts 1 and 2 in this indictment. Mr. Slinn requests the Court schedule a change of plea hearing, and that the time between the filing of this notice and motion up to and including the time that hearing is deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G); (h)(1)(H) and (h)(7)(A).

Respectfully submitted,
Jeffrey Slinn
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

      I hereby certify that a copy of this motion was delivered by electronic notification to Julie White, Assistant United States Attorneys, on August 13, 2024.

                                              /s/ Kevin J. Fitzgerald