UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS.  )<br>)<br>JEFFREY SLINN )<br>) | CR No. 23-101 WES |

---

## MOTION TO CONTINUE SENTENCING

Now comes Jeffrey Slinn, the Defendant in the above captioned matter, and moves this Honorable Court to continue his sentencing hearing for a period of 90 days. The hearing is presently scheduled for April 22, 2025. This continuance will allow for Counsel to fully prepare for sentencing.

                Respectfully submitted
                Jeffrey Slinn
                By his attorney,

                /s/ Kevin J. Fitzgerald, 5775
                Assistant Federal Defender
                10 Weybosset St., Ste. 300
                Providence, RI 02903
                (401) 528-4281
                FAX 528-4285
                kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Julie White, Assistant United States Attorney, on April 18, 2025.

/s/ Kevin J. Fitzgerald