UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.  ) | CR No. 23-101 MRD |
| ) | |
| JEFFREY SLINN ) | |
| ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Jeffrey Slinn, the Defendant in the above captioned matter, and moves this Honorable Court to continue his sentencing hearing for a brief period; to the week of November 10. The hearing is presently scheduled for October 23, 2025. Mr. Slinn requests this continuance because neither Counsel nor the government are available on the currently set date. The government agrees with this request.

Respectfully submitted
Jeffrey Slinn
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Julie White, Assistant United States Attorney, on September 9, 2025.

/s/ Kevin J. Fitzgerald